HONORABLE BENJAMIN H. SETTLE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

COLUMBIA RIVERKEEPER,

        Plaintiff,

    v.

PORT OF VANCOUVER U.S.A.; and
METROPOLITAN STEVEDORE COMPANY,

        Defendant.

NO.  3:21-cv-05486-BHS

**ORDER GRANTING UNOPPOSED INTERVENTION MOTION OF VANCOUVER BULK TERMINAL LLC TO JOIN SUIT**

**Noting Date: September 8, 2023**

THIS MATTER comes before the Court on the Unopposed Intervention Motion of Vancouver Bulk Terminal LLC to Join Suit ("Motion").  The Court having reviewed the motion, and being fully advised, it is hereby

ORDERED and ADJUDGED that Vancouver Bulk Terminal LLC's Motion to intervene for the purposes of participating in the soon to be filed Proposed Consent Decree is GRANTED.

SO ORDERED this 12th day of September, 2023.

BENJAMIN H. SETTLE
United States District Judge

ORDER UNOPPOSED INTERVENTION MOTION OF
VANCOUVER BULK TERMINAL LLC TO JOIN SUIT - 1

4867-4601-8430.1

**Miller Nash LLP**
605 5th Avenue South, Suite 900
Seattle, WA  98104
206.624.8300 | Fax: 206.340.9599

1    PRESENTED BY:

2

3                             *s/ Steven F. Hill*

                                Steven F. Hill, WSBA No. 23694

4                              Lorien Giles, WSBA No. 39334

5                              **MILLER NASH LLP**

                              605 5th Avenue S, Suite 900

6                              Seattle, WA  98104

                              Tel:  (206) 624-8300

7                              steve.hill@millernash.com

                              lorien.giles@millernash.com

8                              ***Attorneys for Vancouver Bulk Terminal***

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

## CERTIFICATE OF SERVICE

I, Cara Lowrance, certify that I served the foregoing document on the following attorneys by the method indicated below on the 8th day of September, 2023:

***Attorneys for Plaintiff Columbia Riverkeeper:***
Brian A. Knutsen, WSBA #38806
Emma Bruden, WSBA #56280
**KAMPMEIER & KNUTSEN, PLLC**
1300 SE Stark Street, Suite 202
Portland, OR 97214
(503) 841-6515 (Knutsen)
(503) 719-5641 (Bruden)
brian@kampmeierknutsen.com
emma@kampmeierknutsen.com

☑ Via ECF/Filing
☐ Via Legal Messenger
☐ Via Facsimile
☐ Via Electronic Mail
☐ Via U.S. Mail

Mariah Harrod, WSBA #60585
**KAMPMEIER & KNUTSEN, PLLC**
705 Second Avenue, Suite 901
Seattle, WA 98104
(206) 739-5184
mariah@kampmeierknutsen.com

Simone Anter, WSBA #52716
**COLUMBIA RIVERKEEPER**
1125 SE Madison Street, Suite 103A
Portland, OR 97214
PO Box 950
Hood River, OR 97031
(541) 399-5312
simone@columbiariverkeeper.org

/ / /

/ / /

/ / /

/ / /

CERTIFICATE OF SERVICE - 3

4867-4601-8430.1

1

***Attorneys for Defendant Port of Vancouver USA:***
Connie Sue M. Martin, WSBA # 26525
David F Stearns, WSBA # 45257
**SCHWABE WILLIAMSON & WYATT**
1420 5th Avenue, Suite 3400
Seattle, WA 98101-2339
csmartin@schwabe.com
dstearns@schwabe.com

☒  Via ECF/Filing
☐  Via Legal Messenger
☐  Via Facsimile
☐  Via Electronic Mail
☐  Via U.S. Mail

***Attorneys for Defendant Metropolitan Stevedore Company:***
Mark M. Myers, WSBA # 15362
**WILLIAMS, KASTNER & GIBBS PLLC**
601 Union Street, Suite 4100
Seattle, WA 98101-2380
Telephone:  (206) 628-6600
Fax:  (206) 628-6611
mmyers@williamskastner.com

DATED 8th day of September, 2023.

*s/Cara Lowrance*
Cara Lowrance, Legal Assistant

CERTIFICATE OF SERVICE - 4

4867-4601-8430.1

**Miller Nash LLP**
605 5th Avenue South, Suite 900
Seattle, WA  98104
206.624.8300 | Fax: 206.340.9599