HONORABLE BENJAMIN H. SETTLE

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

COLUMBIA RIVERKEEPER,

    Plaintiff,

v.

PORT OF VANCOUVER USA; and
METROPOLITAN STEVEDORE COMPANY,

    Defendants,

and

VANCOUVER BULK TERMINAL LLC,

    Defendant-Intervenor.

Case No. 3:21-cv-05486-BHS

JOINT MOTION FOR ENTRY
OF CONSENT DECREE

NOTE ON MOTION CALENDAR:
November 10, 2023

    Plaintiff Columbia Riverkeeper ("Riverkeeper"), Defendants Port of Vancouver USA ("Port") and Metropolitan Stevedore Company ("Metro"), and Defendant-Intervenor Vancouver Bulk Terminal LLC ("VBT") have agreed to settle this case. Accordingly, Riverkeeper, the Port, Metro, and VBT (collectively, the "Parties") hereby jointly move the Court to enter the proposed Consent Decree filed herewith after the conclusion of the waiting period imposed by the Clean Water Act ("CWA").

    Riverkeeper filed this action under the citizen suit provision of the CWA, 33 U.S.C. §

JOINT MOTION FOR ENTRY
OF CONSENT DECREE - 1
Case No. 3:21-cv-05486-BHS

KAMPMEIER & KNUTSEN PLLC
1300 S.E. Stark Street, Suite 202
Portland, Oregon 97214
(503) 841-6515

1365, alleging that the Port and Metro are in ongoing violation of the National Pollutant Discharge Elimination System permits applicable to their facilities located at the Port of Vancouver USA in Vancouver, Washington. Riverkeeper further alleged that the Port and Metro are violating section 301(a) of the CWA, 33 U.S.C. § 1311(a), by discharging pollutants from those facilities in a manner that is not authorized by CWA permits. Riverkeeper notified VBT of Riverkeeper's intent to file a CWA citizen suit alleging that VBT is in ongoing violation of the National Pollutant Discharge Elimination System permit applicable to VBT's facility located at the Port of Vancouver USA and alleging that VBT is violating section 301(a) of the CWA, 33 U.S.C. § 1311(a), by discharging pollutants from that facility in a manner that is not authorized by a CWA permit. The Court granted VBT's unopposed motion to intervene in this matter as a Defendant-Intervenor. *See* Dkt. No. 77.

The Parties have now agreed to settle this matter, and the proposed Consent Decree filed herewith memorializes the Parties' agreement. The Parties now request entry of their proposed Consent Decree as an order of the Court because it is fair, reasonable, equitable, and does not violate the law or public policy, and it comes within the scope of the pleadings and furthers the broad objectives upon which Riverkeeper's Third Amended and Supplemental Complaint is based. *Sierra Club, Inc. v. Elec. Controls Design, Inc.*, 909 F.2d 1350, 1355 (9th Cir. 1990).

The Consent Decree may not be entered as an order of the Court until forty-five days after receipt of it by both the Administrator of the U.S. Environmental Protection Agency and the U.S. Attorney General. *See* 33 U.S.C. § 1365(c)(3); 40 C.F.R. § 135.5. Accordingly, after filing this motion, counsel for Riverkeeper will serve copies of the proposed Consent Decree on the U.S. Attorney General, the Administrator of the U.S. Environmental Protection Agency, and the Administrator of Region 10 of the U.S. Environmental Protection Agency. The noting date for the Court's consideration of this matter has been scheduled accordingly.

JOINT MOTION FOR ENTRY
OF CONSENT DECREE - 2
Case No. 3:21-cv-05486-BHS

KAMPMEIER & KNUTSEN PLLC
1300 S.E. Stark Street, Suite 202
Portland, Oregon 97214
(503) 841-6515

For the foregoing reasons, the Parties respectfully request entry of their proposed Consent Decree, filed herewith, as an order of the Court.

RESPECTFULLY SUBMITTED this 20th day of September 2023.

| | |
|---|---|
| KAMPMEIER & KNUTSEN, PLLC | SCHWABE, WILLIAMSON & WYATT, P.C. |
| By: s/ Brian A. Knutsen<br>Brian A. Knutsen, WSBA No. 38806<br>Emma A. O. Bruden, WSBA No. 56280<br>1300 S.E. Stark Street, Suite 202<br>Portland, Oregon 97214<br>Tel: (503) 841-6515 (Knutsen)<br>      (503) 719-5641 (Bruden)<br>Email: brian@kampmeierknutsen.com<br>         emma@kampmeierknutsen.com | By: s/ Connie Sue Martin<br>Connie Sue Martin, WSBA No. 26525<br>David F. Stearns, WSBA No. 45257<br>1420 Fifth Ave., Suite 3400<br>Seattle, Washington 98101<br>Tel: (206) 622-1711<br>E-mail: csmartin@schwabe.com<br>           dstearns@schwabe.com<br><br>*Attorneys for Defendant Port of Vancouver USA* |
| Mariah Harrod, WSBA No. 60585<br>811 First Avenue, Suite 468<br>Seattle, Washington 98104<br>Tel: (206) 739-5184<br>Email: mariah@kampmeierknutsen.com | WILLIAMS, KASTNER, & GIBBS, PLLC<br><br>By: s/ Mark M. Myers<br>Mark M. Myers, WSBA No. 15362<br>601 Union Street, Suite 4100<br>Seattle, Washington 98101<br>Tel: (206) 628-6600<br>Email: mmyers@williamskastner.com |
| COLUMBIA RIVERKEEPER<br><br>Simone Anter, WSBA No. 52716<br>407 Portway Avenue, Suite 301<br>Hood River, Oregon 97031<br>Tel.: (541) 399-5312<br>Email: simone@columbiariverkeeper.org<br><br>*Attorneys for Plaintiff Columbia Riverkeeper* | *Attorneys for Defendant Metropolitan Stevedore Company*<br><br>MILLER NASH LLP<br><br>By: s/ Steven F. Hill<br>Steven F. Hill, WSBA No. 23694<br>500 Broadway Street, Suite 400<br>Vancouver, Washington 98660<br>Tel: (360) 619-7004<br>Email: steve.hill@millernash.com<br><br>*Attorneys for Defendant-Intervenor Vancouver Bulk Terminal LLC* |

JOINT MOTION FOR ENTRY
OF CONSENT DECREE - 3
Case No. 3:21-cv-05486-BHS

KAMPMEIER & KNUTSEN PLLC
1300 S.E. Stark Street, Suite 202
Portland, Oregon 97214
(503) 841-6515